UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| LUKE MIDDLETON, | ) | Civil Action No. 0:16-cv-00326- MBS-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of the Plaintiff's Motion to Remand, it is hereby

ORDERED that such motion is granted and this action is remanded to Defendant for further evaluation under sentence six of 42 U.S.C.§ 405(g).

_____
Paige J. Gossett
United States Magistrate Judge

November 29, 2016
Columbia, South Carolina